IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK SLAUGHTER, GABRIEL CAMPANA, and CITY OF WILLIAMSPORT, <br><br> Plaintiffs, <br><br> v. <br><br> THE CHARTER OAK FIRE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, INC., and STEVEN HELM, <br><br> Defendants. | No. 4:21-CV-01284 <br><br> (Chief Judge Brann) |

## ORDER

### JUNE 17, 2022

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Plaintiffs' Motion for Judgment on the Pleadings (Doc. 14) is **DENIED**;

2. Defendant State National Insurance Co.'s Cross-Motion for Judgment on the Pleadings (Doc. 23) is **GRANTED**;

3. Defendant The Charter Oak Fire Insurance Co.'s Cross-Motion for Judgment on the Pleadings (Doc. 25) is **GRANTED**;

4.      The Plaintiff's Complaint (Doc. 1-1) is **DISMISSED WITH PREJUDICE**; and

5.      The Clerk of Court is directed to **CLOSE** this case.

                        BY THE COURT:


                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        Chief United States District Judge